IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-CV-00632

MELITA RITTER, M.D.,

    Plaintiff,

v.

AMERITAS LIFE INSURANCE CORPORATION,

    Defendant

**NOTICE OF REMOVAL**

Defendant Ameritas Life Insurance Corporation ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendant states the following in support of the removal:

1. Plaintiff Melita Ritter, M.D. ("Plaintiff") commenced this action on July 23, 2025 against Defendant in the Mecklenburg County Superior Court, State of North Carolina, by filing a Complaint styled *Melita Ritter, M.D. v. Ameritas Life Insurance Corporation,* File No. 25CV037613-590 (the "State Court Action").

2. Plaintiff served Defendant with the Summons and Complaint on July 25, 2025.

3. Defendant files this Notice of Removal within thirty (30) days from service of process of the Summons and Complaint which sets forth claims for relief upon which this proceeding is based, pursuant to 28 U.S.C. § 1441 and 1446(b)(1).

4. All process, pleadings, and orders filed in the State Court action are attached hereto as **Exhibits A-D**.

5. Defendant has not yet filed an answer or other responsive pleading in the State Court Action. In filing this Notice of Removal, Defendant does not waive any defense or counterclaim they may have.

6. Plaintiff is a citizen and resident of Buncombe County, North Carolina.

7. Defendant is a Nebraska corporation with its principal place of business in Lincoln, Arizona.

8. Plaintiff asserts claims against Defendant for "breach of contract," "breach of the covenant of good faith and fair dealing," "unfair and deceptive trade practices," and "bad faith" arising out of the alleged wrongful denial of disability insurance benefits under a "Disability Income Policy." Plaintiff alleges that, "due to her medical issues, Plaintiff has been unable to perform the material and substantial duties of her occupation as an anesthesiologist from at least August 15, 2016 to the present," and that Defendant "wrongfully denied coverage," "refused to pay Plaintiff the benefits she was due," and acted "in bad faith, malicious, and willful and wanton." Based on these allegations, and upon information and belief regarding the benefits sought under the Policy, Plaintiff's claimed damages exceed $75,000.00, exclusive of interest and costs.

9. The District Courts of the United States have original jurisdiction of this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. Service of this Notice of Removal is being made on the Plaintiff as shown by the attached certificate of service.

11. As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will serve Plaintiff and file with the Mecklenburg County Superior Court a Notice of Filing of Notice of Removal.

12. Venue is proper in this court pursuant to 28 U.S.C. § 1441(a) in that this district and division embrace the place where the State Court Action is pending.

WHEREFORE, Defendant prays that this action be removed to this Court for all further proceedings, as though this action had originally been instituted in this Court. Defendant further requests that this Court assume jurisdiction over this action and proceed to a final determination thereof.

This the 22nd day of August, 2025.

        YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Christopher A. Page
CHRISTOPHER A. PAGE
N.C. State Bar No.: 19600
ANDREW P. FLYNT
N.C. State Bar No.: 41238
DAVID W. EARLEY
N.C. State Bar No.: 46577
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: chris.page@youngmoorelaw.com
Email: andrew.flynt@youngmoorelaw.com
Email: david.earley@youngmoorelaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the attorney listed below by U.S. mail:

Bryan L. Tyson
Hannah Auckland
MARCELLINO & TYSON, PLLC
2200 E. 7th Street, Suite 100
Charlotte, NC 28204
Email: bryan@yourncattorney.com
Email: hauckland@yourncattorney.com
*Attorneys for Plaintiff*

This the 22nd day of August, 2025.

YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Christopher A. Page
CHRISTOPHER A. PAGE
N.C. State Bar No.: 19600
ANDREW P. FLYNT
N.C. State Bar No.: 41238
DAVID W. EARLEY
N.C. State Bar No.: 46577
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27612
Ph: 919-782-6860
Fax: 919-782-6753
Email: chris.page@youngmoorelaw.com
Email: andrew.flynt@youngmoorelaw.com
Email: david.earley@youngmoorelaw.com
*Attorneys for Ameritas Life Insurance Corporation*